IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

THOMAS VALLEY,

    Petitioner,

                              NOTICE OF APPEAL

v.

                              Case No. 15-cv-704-bbc

UNITED STATES OF AMERICA,

    Respondent.

---

    Notice is hereby given that Thomas Valley, Petitioner in the above matter, appeals from the judgment entered on 23 February 2016 and received by Petitioner on 2 March 2016.

    Given on this 4th day of March, 2016

                                                         *Thomas Valley*
                                                          Thomas Valley
                                                          Pro Se

*[Stamp: REC'D/FILED 2016 MAR 11 AM 10: 41 PETER OPPENEER CLERK US DIST COURT WD OF WI]*